UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ROBERT MELONI

                Plaintiff(s)
(vs)

BAYSIDE STATE PRISON, ET AL.

                Defendant(s)

**JUDGMENT**

Civil #08-01278 (RBK)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on August 13, 2009, and no timely objection having been filed,

IT IS, on this 9th day of March, 2010

ORDERED that the report of Hon. John W. Bissell dated August 13, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Robert Meloni.**

HON. ROBERT B. KUGLER, U.S.D.J.